WILLIAM L. WILKINS ET AL. *v.* THOMAS M. ANDERSON

[No. 36, January Term, 1937.]

*Decided April 9th, 1937.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Charles C. Wallace,* for the appellants.

*John L. Sanford* and *John C. Weiss,* submitting on brief, for the appellee.

SLOAN, J., delivered the opinion of the Court.